ORIGINAL

FILED
OCT 2 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ALLEN CORPORATION OF AMERICA, INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 07-711 C

**CERTIFICATION PURSUANT TO RULE 7.1**

Plaintiff Allen Corporation of America, Inc.'s ("Allen") hereby certifies pursuant to Rule 7.1(a) of the Rules of the United States Court of Federal Claims that there is no parent corporation or publicly held corporation that owns ten percent or more of Allen Corporation of America, Inc.'s stock.

Dated: October 2, 2007

Respectfully submitted,

Ronald K. Henry
KAYE SCHOLER, LLP
901 15th Street, NW
Suite 1100
Washington, DC 20005
Phone: (202) 682-3500
Fax: (202) 682-3580
rhenry@kayescholer.com

*Attorney for Plaintiff Allen Corporation of America, Inc.*