ORIGINAL

FILED
OCT - 2 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ALLEN CORPORATION OF AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-711 C |

**ALLEN CORPORATION OF AMERICA, INC.'S**
**MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Allen Corporation of America, Inc. ("Allen") hereby moves pursuant to Rule 65(a) of the Rules of the United States Court of Federal Claims for a preliminary injunction enjoining Defendant, the United States of America, acting by and through the U.S. Department of the Army Contracting Agency - ITEC4 ("Army" or "Agency"), from permitting SNVC, Inc. ("SNVC") to begin or continue performance of the contract awarded under Request for Proposal No. W91QUZ-06-R-0014.

The basis for this motion and a more particular description of the relief sought are contained in Allen Corporation of America, Inc.'s Memorandum in Support of its Motion for Preliminary Injunction, which has been filed contemporaneously herewith.

Allen respectfully requests a hearing on this motion.

Dated: October 2, 2007

Respectfully submitted,

Ronald K. Henry
KAYE SCHOLER, LLP

901 15th Street, NW
Suite 1100
Washington, DC 20005
Phone: (202) 682-3500
Fax: (202) 682-3580
rhenry@kayescholer.com

*Attorney for Plaintiff Allen Corporation of America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that copies of Allen Corporation of America, Inc.'s Motion for Preliminary Injunction and Memorandum in Support of its Motion for Preliminary Injunction were served on the 2nd day of October, 2007, on the following:

By fax and hand-delivery:

Mark Melnick
Department of Justice
Commercial Litigation Branch
1100 L Street, N.W., 8th Floor
Washington, DC 20530
Fax: 202-307-0972

By fax and U.S. Mail:

SNVC, Inc. (Awardee)
12150 Monument Drive, Suite 510
Fairfax, Virginia 22033
Fax: 703-952-7687

Ronald K. Henry