# In the United States Court of Federal Claims

**No. 07-711C**
**(Filed: October 4, 2007)**

* * * * * * * * * * * * * * * * * *

**ALLEN CORPORATION of AMERICA, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

## ORDER

As discussed at the status conference held on October 4, 2007, the government does not object to the incumbent, Allen, Inc., continuing to perform the contract duties pending resolution of this case, thereby rendering plaintiff's preliminary injunction motion moot. As a result, the case shall proceed on the merits in accordance with the following schedule:

| | |
|---|---|
| **October 12, 2007** | Parties shall file joint motion for protective order. |
| **October 15, 2007** | Government shall file the administrative record. |
| **November 5, 2007** | Government shall file motion for judgment on record and brief in support. |
| **December 3, 2007** | Plaintiff shall file response brief. |
| **December 17, 2007** | Government shall file reply brief. |

| | |
|---|---|
| **January 14, 2008** | Oral argument shall be heard at **10:00 a.m. eastern time** at the Howard T. Markey National Courts Building, 717 Madison Place NW, Washington, DC 20005 |

The parties shall provide the court with a courtesy copy of their briefs in **non-PDF electronic format** (Wordperfect) via e-mail to the following address: "firestone_chambers@ao.uscourts.gov".

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge