**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| ALLEN CORPORATION OF AMERICA, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-711C (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**MOTION TO STAY FILING OF THE ADMINISTRATIVE RECORD**

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims, and this Court's direction given during the October 11, 2007 teleconference, Defendant, the United States, respectfully requests that the Court stay filing of the Administrative Record in this case pending resolution of matters pertaining to the United States Department of the Army Contracting Agency - ITEC4's (the "Army") decision to unilaterally take remedial action. Opposing counsel for Plaintiff consents to this motion for a stay.

Allen Corporation of America, Inc. ("Allen") brought this post-award bid challenge of the Army's award of a contract to SNVC, L.C. ("SNVC"). Allen filed its Complaint on October 2, 2007, and the parties participated in a status conference shortly thereafter on October 4, 2007. The parties agreed that the Administrative Record would be filed on Monday, October 15, 2007.

The Army has since then made a voluntary and unilateral decision to take remedial action. Specifically, the Army plans to reopen the solicitation and conduct meaningful discussions with the competitors. It will then request final proposal revisions from all offerors and prepare a new source selection decision. The United States notified opposing counsel for Allen and this Court of its planned course of action on October 11, 2007. Taking such remedial

action will render the filing of the current Administrative Record unnecessary at this juncture, and only opens the door to possible inadvertent disclosures of proprietary and confidential information.

For these reasons, we respectfully request that the Court stay filing of the Administrative Record pending resolution of matters pertaining to the United States Department of the Army Contracting Agency - ITEC4's (the "Army") decision to unilaterally take remedial action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Jane C. Dempsey
JANE C. DEMPSEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C., 20530
Telephone: (202) 353-0897
Facsimile: (202) 307-0972

October 12, 2007

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of October 2007, a copy of the foregoing Defendant's Motion to Stay Filing of the Administrative Record was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jane C. Dempsey