# In the United States Court of Federal Claims

**No. 07-711C**
**(Filed: October 12, 2007)**

* * * * * * * * * * * * * * * * *

**ALLEN CORPORATION of AMERICA, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the government's unopposed motion to stay filing of the administrative record. The government represents that the Army plans to take corrective action related to the contract award protested in the above-captioned case by reopening the solicitation, conducting discussions with the competitors, requesting final proposal revisions, and preparing a new source selection decision. Accordingly, the unopposed motion to stay filing of the administrative record is **GRANTED**. All deadlines are **STAYED** pending further order of the court. The parties shall submit a joint status report proposing a new schedule for further proceedings on or before **November 13, 2007**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge