IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| ALLEN CORPORATION OF AMERICA INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-711C (Judge Firestone) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**<u>JOINT STATUS REPORT PROPOSING NEW SCHEDULE</u>**

Pursuant to this Court's October 12, 2007 Order, the parties respectfully submit this joint status report proposing a new schedule for further proceedings. Counsel for plaintiff has reviewed the substance of this report, and agrees to its contents.

The parties have determined that the outstanding issue in this case is whether to dismiss the bid protest or stay the proceedings until after the United States Department of the Army Contracting Agency - ITEC4 has taken its proposed corrective action. Counsel for the parties have had continuing discussions and believe that they can cooperatively work to resolve this issue. The parties intend to submit a motion, either to dismiss or stay the proceedings, by December 10, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Jane C. Dempsey
JANE C. DEMPSEY
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
ATTN: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 353-0897
Facsimile: (202) 307-0972

November 13, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November 13, 2007, a copy of the foregoing "JOINT STATUS REPORT PROPOSING NEW SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jane C. Dempsey

Jane C. Dempsey