# In the United States Court of Federal Claims

**No. 07-711C**
**(Filed: November 16, 2007)**

* * * * * * * * * * * * * * * * *

**ALLEN CORPORATION of AMERICA, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of the parties' joint status report in which the parties indicate that the outstanding issue in the case is whether to dismiss the bid protest or stay the proceedings until the government has taken corrective action. The parties shall file a motion either to dismiss or stay proceedings by **Monday, December 10, 2007**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge