IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| ALLEN CORPORATION OF AMERICA INC., | ) | |
| Plaintiff, | ) | No. 07-711C |
| v. | ) | (Judge Firestone) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL IN CASE NO. 07-711C**

Pursuant to Rule 41(a)(1) of the Rules of the Court of Federal Claims, plaintiff, Allen Corporation of America, Inc. ("Allen") and defendant, the United States ("Government") (collectively, the "Parties") agree to the voluntary dismissal of Case No. 07-711C without prejudice, with each party to bear its own costs, attorney fees, and expenses.

The Army has decided to take voluntary corrective action to amend the solicitation, conduct meaningful discussions with the competitors, request final proposal revisions from all competitors, and prepare a new source selection decision by March 2008. In taking this voluntary remedial action, the Army has not admitted or conceded the validity of any portion of Allen's complaint.

This requested dismissal will not affect Allen's right to file another complaint alleging that the Army's corrective action is insufficient and/or the new source selection decision is arbitrary and capricious or otherwise not in accordance with the law.

.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

/s/Ronald K. Henry
RONALD K. HENRY
Kaye Scholer, LLP
901 15th Street, N.W.
Suite 1100
Washington, D.C. 20005
Telephone: (202)-682-3500
Facsimile: (202) 682-3580

Attorney for Plaintiff

JEANNE E. DAVIDSON
Director

/s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/Jane C. Dempsey
JANE C. DEMPSEY
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
ATTN: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 353-0897
Facsimile: (202) 307-0972

December 10, 2007

Attorneys for Defendant